IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **Erin Bachman,** | **Case No. 1:21cv0053** |
| **Plaintiff,** | |
| -vs- | **JUDGE PAMELA A. BARKER** |
| **Sun Life Financial (U.S) Services Company, Inc.,** | **JUDGMENT ENTRY** |
| **Defendant** | |

For the reasons stated in the Memorandum Opinion and Order issued this date, Defendant Sun Life Financial (U.S.) Services Company, Inc.'s Motion to Dismiss (Doc. No. 6) is GRANTED.

The case is hereby TERMINATED.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　 *s/Pamela A. Barker*
　　　　　　　　　　　　　　　　　　　　　　　　　PAMELA A. BARKER
Date:  June 16, 2021　　　　　　　　　　　　　　U. S. DISTRICT JUDGE